# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-5475-SJO(Ex) | Date | October 15, 2019 |
|---|---|---|---|
| Title | MAINFREIGHT, INC. V. SABEMOS BEVERAGES LLC, ETC., ET AL. | | |

| Present: The Honorable | Charles F. Eick, United States Magistrate Judge | |
|---|---|---|
| Stacey Pierson | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:** (IN CHAMBERS)

In light of the "Notice of Settlement," filed October 15, 2019, "Plaintiff's Motion for Discovery Sanctions," filed July 5, 2019, and previously scheduled to be heard on October 18, 2019, is denied without prejudice.

cc: Judge Otero
All Counsel of Record

Initials of Deputy Clerk  SP